UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF New York

In re 84 Elton LLC                                    Case No. 18-40038-NHL
      Debtor                                Reporting Period: 2/1/18 - 2/28/18

Federal Tax I.D. # 46-3424293

### SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | yes | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | yes | |
|    Copies of bank statements | | yes | |
|    Cash disbursements journals | | yes | |
| Statement of Operations | MOR-2 (RE) | yes | |
| Balance Sheet | MOR-3 (RE) | yes | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | yes | |
|    Copies of tax returns filed during reporting period | | yes | |
| Rent Roll | MOR-5 (RE) | yes | |
| Payments to Insiders and Professional | MOR-6 (RE) | yes | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | yes | |
| Cash Flow Projection | MOR-7 (RE) | yes | |
| Debtor Questionnaire | MOR-8 (RE) | yes | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor (X) _____    Date 3/15/18

Signature of Authorized Individual* (X) _____    Date 3/15/18

Printed Name of Authorized Individual    Feige Niederman    Date 3/15/18

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** 84 Elton LLC

**Debtor**

**Case No.** 18-40038-NHL

**Reporting Period:** 2/1/18 - 2/28/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month
or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING  OF MONTH | | | | 0 |
| RECEIPTS | | | | 200 |
| CASH  SALES | | | | 0 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | 0 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | 0 |
| LOANS AND ADVANCES | | | | 0 |
| SALE  OF  ASSETS | | | | 0 |
| OTHER  *(ATTACH  LIST)* | | | | 0 |
| TRANSFERS  *(FROM DIP ACCTS)* | | | | 0 |
| TOTAL  RECEIPTS | | | | 200 |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | 0 |
| PAYROLL TAXES | | | | 0 |
| SALES, USE, & OTHER TAXES | | | | 0 |
| INVENTORY PURCHASES | | | | 0 |
| SECURED/ RENTAL/ LEASES | | | | 0 |
| INSURANCE | | | | 0 |
| ADMINISTRATIVE | | | | 0 |
| SELLING | | | | 0 |
| OTHER  *(ATTACH  LIST)* | | | | 0 |
| OWNER DRAW * | | | | 0 |
| TRANSFERS *(TO DIP ACCTS)* | | | | 0 |
| PROFESSIONAL FEES | | | | 0 |
| U.S. TRUSTEE  QUARTERLY FEES | | | | 0 |
| COURT COSTS | | | | 0 |
| TOTAL DISBURSEMENTS | | | | 0 |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | | | | 200 |
| | | | | |
| CASH – END OF MONTH | | | | 200 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 0 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |

**In re** 84 Elton LLC                                     **Case No.** 18-40038-NHL
      **Debtor**                                  **Reporting Period:** 2/1/18 - 2/28/18

| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0 |
| --- | --- |

**In re** 84 Elton LLC

**Debtor**

**Case No.** 18-40038-NHL

**Reporting Period:** 2/1/18 - 2/28/18

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | 100 | 100 | 0 |
| | | | |
| **BANK BALANCE** | 100 | 100 | 0 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | 0 | 0 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 | 0 | 0 |
| OTHER *(ATTACH EXPLANATION)* | 0 | 0 | 0 |
| | | | |
| **ADJUSTED BANK BALANCE *** | 100 | 100 | 0 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |
| | | | 0 |

**OTHER**

_____

_____

_____

_____

_____

In re 84 Elton LLC
_____
     **Debtor**

Case No. 18-40038-NHL
Reporting Period: 2/1/18 - 2/28/18

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 0 | 0 |
| Additional Rental Income | 0 | 0 |
| Common Area Maintenance Reimbursement | 0 | 0 |
| Total Income (attach MOR-5 (RE) Rent Roll) | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Cleaning and Maintenance | 0 | 0 |
| Commissions | 0 | 0 |
| Officer/Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Other Interest | 0 | 0 |
| Repairs | 0 | 0 |
| Supplies | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other (attach schedule) | 0 | 0 |
| Total Operating Expenses Before Depreciation | 0 | 0 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | 0 | 0 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Expense (attach schedule) | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | 0 | 0 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0 | 0 |
| Gain (Loss) from Sale of Property | 0 | 0 |
| Other Reorganization Expenses (attach schedule) | 0 | 0 |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | 0 | 0 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re** 84 Elton LLC

**Debtor**

**Case No.** 18-40038-NHL

**Reporting Period:** 2/1/18 - 2/28/18

0

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

|  |  | 0 |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

OTHER INCOME

|  |  | 0 |
|---|---|---|
|  |  |  |

OTHER EXPENSES

|  |  | 0 |
|---|---|---|
|  |  |  |

OTHER REORGANIZATION EXPENSES

|  |  | 0 |
|---|---|---|
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re 84 Elton LLC            **Case No.**     **18-40038-NHL**

     **Debtor**              **Reporting Period:** 2/1/18 - 2/28/18

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 200 | 0 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 200 | 0 | |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | 0 | 0 | 0 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | 0 | 0 | 0 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 0 | 0 | 0 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 398692.66 | 398692.66 | 398692.66 |
| Priority Debt | | | |
| Unsecured Debt | | | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | 0 | 0 | 0 |
| *OWNERS' EQUITY* | | | |
| Owner's Equity Account | 448105.41 | 447905.41 | 447905.41 |
| Retained Earnings - Pre-Petition | 0 | 0 | 0 |
| Retained Earnings - Post-petition | 0 | 0 | 0 |
| Adjustments to Owner Equity *(attach schedule)* | 0 | 0 | 0 |
| Post-petition Contributions *(attach schedule)* | 0 | 0 | 0 |
| *NET OWNERS' EQUITY* | 448105.41 | 447905.41 | 447905.41 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 846798.07 | 846598.07 | 846598.07 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re 84 Elton LLC                                    Case No.    18-40038-NHL
_____                    Reporting Period: 2/1/18 - 2/28/18
**Debtor**

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 0 |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | 0 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 0 |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | 0 |
| | | | |
| | | | |
| | | | 0 |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re 84 Elton LLC

    **Debtor**

**Case No.** 18-40038-NHL

**Reporting Period:** 2/1/18 - 2/28/18

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | 300000 | 3000000 |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | 300000 | 300000 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

_____

**In re** 84 Elton LLC

    **Debtor**

**Case No.** 18-40038-NHL

**Reporting Period:** 2/1/18 - 2/28/18

# RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach additional sheets as needed.

**Property:** 321 Pulaski Street, Brooklyn, NY 11206

**Square Footage:** 2800

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | Totals | 0 | 0 | 0 |

In re 84 Elton LLC

**Debtor**

Case No. 18-40038-NHL

**Reporting Period:** 2/1/18 - 2/28/18

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS | | 0 | 0 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO PROFESSIONALS | | 0 | 0 | 0 | 0 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Washington Equity | $6,000 | 0 | $6,000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS | | 0 | 0 |

In re 84 Elton LLC
_____

**Debtor**

Case No. 18-40038-NHL
_____

Reporting Period: 2/1/18 - 2/28/18
_____

## CASH FLOW PROJECTION FOR THE PERIOD 2/1/18 THROUGH 2/28/18

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed.
This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

Property: 321 Pulaski Street, Brooklyn, NY 11206
Square Footage: 2800

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Rental Income | January | February | March | April | May | June | July | August | Sep | October | November | December |
| Additional Rental Income | | | | | | | | | | | | |
| Common Area Maintenance Reimbursement | | | | | | | | | | | | |
| Total Income | 0 | 200 | 325 | | | 325 | | | 325 | | | 325 |
| **OPERATING EXPENSES** | | | | | | | | | | | | |
| Advertising | | | | | | | | | | | | |
| Auto and Truck Expense | | | | | | | | | | | | |
| Cleaning and Maintenance | | | | | | | | | | | | |
| Commissions | | | | | | | | | | | | |
| Officer/Insider Compensation* | | | | | | | | | | | | |
| Insurance | | | | | | | | | | | | |
| Management Fees/Bonuses | | | | | | | | | | | | |
| Office Expense | | | | | | | | | | | | |
| Other Interest | | | | | | | | | | | | |
| Repairs | | | | | | | | | | | | |
| Supplies | | | | | | | | | | | | |
| Taxes - Real Estate | | | | | | | | | | | | |
| Travel and Entertainment | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | |
| Other *(attach schedule)* | | | | | | | | | | | | |
| Total Expenses | 0 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Debt Service | | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| U.S. Trustee Fees | | | 325 | | | 325 | | | 325 | | | 325 |
| Court Costs | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Net Income | 0 | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Tenant Improvements | | | | | | | | | | | | |
| Vacancy Allowance | | | | | | | | | | | | |
| Net Cash Flow | 0 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

In re 84 Elton LLC        Case No. 18-40038-NHL

Debtor        Reporting Period: 2/1/18 - 2/28/18

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | **x** |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 Are any post petition State or Federal income taxes past due? | | x |
| 9 Are any post petition real estate taxes past due? | x | |
| 10 Are any other post petition taxes past due? | | |
| 11 Have any pre-petition taxes been paid during this reporting period? | | x |
| 12 Are any amounts owed to post petition creditors delinquent? | | x |
| 13 Have any post petition loans been been received by the Debtor from any party? | | x |
| 14 Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 15 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 16 Have the owners or shareholders received any compensation outside of the normal course of business? | | x |

_Signature_ | SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

**Statement Period**
From February 01, 2018
To February 28, 2018
Page 1 of 2

00001449 MSIGEXPS030 01 000000000 8 421
84 ELTON LLC DIP
CASE #1 18 40038
OPERATING ACCOUNT
5904 18TH AVE, SUITE 48
BROOKLYN NY 11204          999

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242
SAL MONACO

See Back for Important Information

Primary Account:        )5559        0

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| )5559    BANKRUPTCY CHECKING | | .00 | 100.00 |
| RELATIONSHIP | TOTAL | | 100.00 |



# Follow these steps to balance your check register.

**1**

**Update your checkbook register.**

Please check to make sure you have entered all the transactions shown on the front of the statement.

**2**

In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of deposit or credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**3**

In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**4**

To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure: review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: **Signature Bank, 565 Fifth Avenue, NY NY 10017.**

We must hear from you within fourteen calendar days from the delivery of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## In Case of Errors or Questions About an Electronic Transfer Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

We calculate the finance charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Accounts as follows: we apply each day's periodic rate to that day's daily balance to get that day's finance charge. We do this for each day of the billing cycle. We then add together the finance charge we calculated for each day of the billing cycle to get the finance charge for the entire billing cycle. To determine the daily balance for each day of the billing cycle, we take the principal balance at the beginning of that day, add any new advances made that day, and subtract any principal payments made that day.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

00001449-0002897-0000-0002-MSI/GEXPSG301180856338-01-L

rev. October 2010

 SIGNATURE BANK

Statement Period
From February 01, 2018
To  February  28, 2018
Page 2 of 2

84 ELTON LLC DIP
CASE #1 18 40038
OPERATING ACCOUNT
5904 18TH AVE, SUITE 48
BROOKLYN NY  11204        999

PRIVATE CLIENT GROUP 421
26 COURT STREET
BROOKLYN, NY 11242

Primary Account:      \5559        0

BANKRUPTCY CHECKING            \5559

Summary

Previous Balance as of February  01, 2018                          .00
        1 Credits                                             100.00
Ending Balance as of    February  28, 2018                   100.00

Deposits and Other Credits
Feb 09 `DEPOSIT       ref#                                   100.00

Daily Balances
Jan 31            .00        Feb 09      100.00

Rates for this statement period - Overdraft
Feb 01, 2018   14.250000 %





**SIGNATURE BANK**

565 Fifth Avenue
New York, New York 10017

00001450 MSIGEXPS030 01 000000000 8 421
84 ELTON LLC DIP
CASE # 1 18 40038
TAX ACCOUNT
5904 18TH AVE, SUITE 48
BROOKLYN NY 11204          999

**Statement Period**
**From February 01, 2018**
**To   February 28, 2018**
**Page 1 of 2**

**PRIVATE CLIENT GROUP 421**
**26 COURT STREET**
**BROOKLYN, NY 11242**
**SAL MONACO**

See Back for Important Information

Primary Account          5567          0

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| DEPOSIT ACCOUNTS | | | |
| 5567     BANKRUPTCY CHECKING | | .00 | 100.00 |
| RELATIONSHIP | TOTAL | | 100.00 |

# Follow these steps to balance your check register.

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| **Update your checkbook register.**<br><br>Please check to make sure you have entered all the transactions shown on the front of the statement. | In your check register, mark off all deposits and other credits listed on this statement.  Below, list any deposits and other credits not marked off. | In your check register, mark off all checks and other debits listed on this statement.  Below, list any checks and other debits not marked off. | To find your adjusted statement balance, complete the arithmetic in the space provided below.  The Statement Balance is the balance as of the date of this statement. |

| Date of deposit or credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

| Statement Balance | |
|---|---|
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal.  If these balances differ:
- review the figures you used in the balancing procedure; review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

## In Case of Errors or Questions About Your Statement

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: Signature Bank, 565 Fifth Avenue, NY NY 10017.

We must hear from you within fourteen calendar days from the delivery of any Account statement.  You can telephone us, but doing so will not preserve your rights.  In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

## Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only.  The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

## Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

## In Case of Errors or Questions About an Electronic Transfer Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: **Signature Bank, 565 Fifth Avenue, NY NY 10017** as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.  We will investigate your complaint and correct any error involving an electronic funds transfer promptly.  If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## Information for Home Equity, Personal and Reserve Line of Credit Accounts

We calculate the finance charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Accounts as follows: we apply each day's periodic rate to that day's daily balance to get that day's finance charge. We do this for each day of the billing cycle.  We then add together the finance charge we calculated for each day of the billing cycle to get the finance charge for the entire billing cycle.  To determine the daily balance for each day of the billing cycle, we take the principal balance at the beginning of that day, add any new advances made that day, and subtract any principal payments made that day.

## Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received.  Your account is subject to the account agreement pertaining to this account.  If there are any errors, please notify your Financial Center immediately.

00001450-0002899-0000-0002-MSIGEXPS03011808838-01-L



SIGNATURE BANK

**Statement Period**
From February  01, 2018
To   February  28, 2018
Page 2 of 2

84 ELTON LLC DIP
CASE # 1 18 40038
TAX ACCOUNT
5904 18TH AVE, SUITE 48
BROOKLYN NY  11204          999

**PRIVATE CLIENT GROUP 421**
**26 COURT STREET**
**BROOKLYN, NY 11242**

Primary Account          35567          0

BANKRUPTCY CHECKING                \5567

Summary
    Previous Balance as of February  01, 2018                              .00
         1 Credits                                                      100.00
    Ending Balance as of    February  28, 2018                          100.00

Deposits and Other Credits
    Feb 09  DEPOSIT          ref#                                        100.00

Daily Balances
    Jan 31              .00              Feb 09          100.00

Rates for this statement period - Overdraft
Feb 01, 2018    14.250000 %