UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                      Chapter 7

    84 ELTON LLC,                                           Case No.: 18-40038-nhl

                                Debtor.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                  ) ss:
COUNTY OF SUFFOLK      )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides at Bronx, New York;

      On the 20th day of March, 2018 deponent served the **AMENDED SCHEDULES with AFFIDAVIT attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                                                      s/Everlyn Meade-Bramble
                                                                      Everlyn Meade-Bramble

Sworn to before me this
20th day of March, 2018

s/ Scott T. Dillon
SCOTT T. DILLON
Notary Public, State of New York
No. 02D16152101
Qualified in Suffolk County
Commission Expires October 22, 2018

Andrew M. Krisel, Esq.
*Attys for B & H Associates Group LLC*
44 Court Street, Suite 906
Brooklyn, NY 11201-1401

Andrew M. Krisel, Esq.
*Atty for Bernard Niederman*
44 Court Street, Suite 906
Brooklyn, NY 11201-1401

Carmen M Rodriguez
92-19 97th Avenue
Ozone Park, NY 11416-1520

Christopher Rio, Esq.
Law Office of Frank Rio
2011 Flatbush Avenue
Brooklyn, NY 11234-3522

Estate of R. Rodriguez
4341 Fairlane Drive
North Port, FL 34288-7340

Estate of Rafael Rodriguez
393 Pulaski Street
Brooklyn, NY 11206-7206

Ford Motor Credit Company LLC
c/o Brenda Roberts, Status Supervisor
1 American Road
Dearborn, MI 48126-2701

Nickolas Karavolas, Esq.
Phillips Lytle LLP
*Attys for Ford Motor Credit Company, LLC*
340 Madison Avenue, FL. 17
New York, NY 10173-1922

George Rodriguez
4341 Fairlane Drive
North Port, FL 34288-7340

George Rodriguez
383 Pulaski Street
Brooklyn, NY 11206-7244

Internal Revenue Service
c/o United States Attorney
Eastern District of NY
271 Cadman Plaza, FL. 7
Brooklyn, NY 11201-1820

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Jose Manuel Rodriguez
612 East 14th Street
New York, NY 10009-3367

Joshua W. Rios
30 Manhattan Avenue, Apt 4B
Brooklyn, NY 11206-3952

Kenneth Brown, Esq.
Harras, Bloom & Archer LP
445 Broad Hollow Road, Suite 127
Melville, NY 11747-3601

Solomon Rosengarten, Esq.
*Attys for Koznitz I, Inc.*
1704 Avenue M
Brooklyn, NY 11230-5349

Nazrul Islam
127-21 Liberty Avenue
S. Richmond Hill, NY 11419-2215

NYC Department of Finance
TP&P Division
Bankruptcy Unit
345 Adams Street, FL. 5
Brooklyn, NY 11201-3719

NYC Department of Finance
Tax, Audit and Enforcement Division
Attn: Bankruptcy Unit
345 Adams Street, FL. 10
Brooklyn, New York 11201-3719

NYC Department of Finance
One Centre Street, Room 2435
New York, NY 10007-1601

NYC Environmental Control
100 Church Street
New York, NY 10007-2601

NYC Law Department
100 Church Street
New York, NY 10007-2668

Andrew Rettig, Esq.
*Attys for NYC Water Board*
59-17 Junction Blvd., FL. 13
Elmhurst, NY 11373-5108

NYS Department of Labor
Unemployment Division
Harriman Office Bldg.
Building 12, Room 256
Albany, NY 12240-0001

NYS Department of Taxation & Finance
Bankruptcy Procedures
PO Box 5300
Albany, NY 12205-0300

NYCTL 1998-2 Trust and The Bank of NY Mellon
c/o MTAG Services, LLC
Attn: Maria Triolo
8609 Westwood Center Drive, Suite 325
Vienna, VA 22182-7527

Thomas P Malone, Esq.
The Law Office of Thomas P. Malone
*Attys for NYCTL 1998-2 Trust and The Bank of NY Mellon*
60 East 42nd Street, Suite 927
New York, NY 10165-0554

Christopher P. Kohn, Esq.
The Law Office of Thomas P. Malone, PLLC
*Attys for NYCTL 1998-2 Trust and The Bank of NY Mellon*
60 East 42nd Street, Suite 553
New York, NY 10165-0554

Office of the United States Trustee
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449

Polo Group LLC
770 Middle Neck Road, Suite 7P
Great Neck, NY 11023-1905

Pulaski Street Corp.
4341 Fairlane Drive
North Port, FL 34288-7340

Rodriguez 319 & 321 Corp
1157 47th Street, Apt. 2
Brooklyn, NY 11219-2517

Securities & Exchange Commission
Woolworth Building
Northeast Regional Office
233 Broadway
New York, NY 10279-0001

Law Office of Abraham Hoschander
*Attys for Shabsi Pfeiffer*
38-11 13th Avenue, Suite 300
Brooklyn, NY 11211-3603

Vintage Equities Corp.
770 Middle Neck Road, Suite 7P
Great Neck, NY 11023-1905

Washington Equity Corp.
770 Middle Neck Road, Suite 79
Great Neck, NY 11023-1956

Sarah M. Keenan, Esq.
Sferrazza & Keenan, PLLC
*Attys for Washington Equity and Funding Corp.*
532 Broad Hollow Road, Suite 111
Melville, NY 11747-3609