UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                    Chapter 11

      84 ELTON LLC,                                        Case No.: 18-40038-nhl

                  Debtor.
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF SUFFOLK    )

      AVRUM J. ROSEN, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides at Centerport, New York;

      On the 3rd day of April, 2018 deponent served the NOTICE and DEBTOR'S APPLICATION SEEKING ENTRY OF AN ORDER UNDER BANKRUPTCY CODE SECTIONS 363(a), (b), (f) and (m) AND BANKRUPTCY RULES 2002, 6004 AND 9004: (1) AUTHORIZING DEBTOR TO SELL REAL PROPERTY KNOWN AS 321 PULASKI STREET, BROOKLYN, NEW YORK TO THE HIGHEST AND BEST BIDDER AT AN AUCTION SALE; (2) SCHEDULING A HEARING TO APPROVE SUCH SALE TO THE HIGHEST AND BEST BIDDER; (3) APPROVING CERTAIN BIDDING PROCEDURES; AND (4) APPROVING THE MANNER AND EXTENT OF NOTICE OF SUCH AUCTION HEARING ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                        /s/ Avrum J. Rosen
                                        Avrum J. Rosen

Sworn to before me this
3rd day of April, 2018

s/ Scott T. Dillon
SCOTT T. DILLON
Notary Public, State of New York
No. 02D16152101
Qualified in Suffolk County
Commission Expires October 22, 2018

Andrew M. Krisel, Esq.
*Attys for B & H Associates Group LLC*
44 Court Street, Suite 906
Brooklyn, NY 11201-1401

Andrew M. Krisel, Esq.
*Atty for Bernard Niederman*
44 Court Street, Suite 906
Brooklyn, NY 11201-1401

Carmen M Rodriguez
92-19 97th Avenue
Ozone Park, NY 11416-1520

Christopher Rio, Esq.
Law Office of Frank Rio
2011 Flatbush Avenue
Brooklyn, NY 11234-3522

Estate of Rafael Rodriguez
4341 Fairlane Drive
North Port, FL 34288-7340

Estate of Rafael Rodriguez
393 Pulaski Street
Brooklyn, NY 11206-7206

George Rodriguez
4341 Fairlane Drive
North Port, FL 34288-7340

George Rodriguez
383 Pulaski Street
Brooklyn, NY 11206-7244

Internal Revenue Service
c/o United States Attorney
Eastern District of NY
271 Cadman Plaza, FL. 7
Brooklyn, NY 11201-1820

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Jose Manuel Rodriguez
612 East 14th Street
New York, NY 10009-3367

Joshua W. Rios
30 Manhattan Avenue, Apt 4B
Brooklyn, NY 11206-3952

Kenneth Brown, Esq.
Harras, Bloom & Archer LP
445 Broad Hollow Road, Suite 127
Melville, NY 11747-3601

Solomon Rosengarten, Esq.
*Attys for Koznitz I, Inc.& Shabsi Pfeiffer*
1704 Avenue M
Brooklyn, NY 11230-5349

Nazrul Islam
127-21 Liberty Avenue
S. Richmond Hill, NY 11419-2215

NYC Department of Finance
TP&P Division
Bankruptcy Unit
345 Adams Street, FL. 5
Brooklyn, NY 11201-3719

NYC Department of Finance
Tax, Audit and Enforcement Division
Attn: Bankruptcy Unit
345 Adams Street, FL. 10
Brooklyn, New York 11201-3719

NYC Department of Finance
One Centre Street, Room 2435
New York, NY 10007-1601

NYC Environmental Control
100 Church Street
New York, NY 10007-2601

NYC Law Department
100 Church Street
New York, NY 10007-2668

Andrew Rettig, Esq.
*Attys for NYC Water Board*
59-17 Junction Blvd., FL. 13
Elmhurst, NY 11373-5108

NYS Department of Labor
Unemployment Division
Harriman Office Bldg.
Building 12, Room 256
Albany, NY 12240-0001

NYS Department of Taxation & Finance
Bankruptcy Procedures
PO Box 5300
Albany, NY 12205-0300

NYCTL 1998-2 Trust and The Bank of NY Mellon
c/o MTAG Services, LLC
Attn: Maria Triolo
8609 Westwood Center Drive, Suite 325
Vienna, VA 22182-7527

Thomas P Malone, Esq.
The Law Office of Thomas P. Malone
*Attys for NYCTL 1998-2 Trust and The Bank of NY Mellon*
60 East 42nd Street, Suite 927
New York, NY 10165-0554

Christopher P. Kohn, Esq.
The Law Office of Thomas P. Malone, PLLC
*Attys for NYCTL 1998-2 Trust and The Bank of NY Mellon*
60 East 42nd Street, Suite 553
New York, NY 10165

Office of the United States Trustee
US Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014-9449

Polo Group LLC
770 Middle Neck Road, Suite 7P
Great Neck, NY 11023-1905

| | |
|---|---|
| Pulaski Street Corp.<br>4341 Fairlane Drive<br>North Port, FL 34288-7340 | Rodriguez 319 & 321 Corp<br>1157 47th Street, Apt. 2<br>Brooklyn, NY 11219-2517 |
| Ivan Rodriguez<br>142 Crossfield Avenue<br>Rochester, NY 14609 | Law Office of Abraham Hoschander<br>*Attys for Shabsi Pfeiffer*<br>38-11 13th Avenue, Suite 300<br>Brooklyn, NY 11211 |
| Vintage Equities Corp.<br>770 Middle Neck Road, Suite 7P<br>Great Neck, NY 11023-1905 | Washington Equity and Funding Corp.<br>770 Middle Neck Road, Suite P7<br>Great Neck, NY 11023 |
| Sarah M. Keenan, Esq.<br>Sferrazza & Keenan, PLLC<br>*Attys for Washington Equity and Funding Corp.*<br>532 Broad Hollow Road, Suite 111<br>Melville, NY 11747-3609 | 84 Elton LLC<br>5904 18th Avenue, Suite 48<br>Brooklyn, NY 11204 |
| Bernard Niederman<br>4118 14th Avenue, Suite 2<br>Brooklyn, NY 11219 | Shia Strulovics CPA PC<br>1449 37th Street, Suite 502<br>Brooklyn, NY 11218 |
| Feige Neiderman<br>4118 14th Avenue, Suite 2<br>Brooklyn, NY 11219 | Miriam Braun<br>5904 18th Avenue, Suite 48<br>Brooklyn, NY 11204 |
| Joel S. Braun<br>5904 18th Avenue, Suite 48<br>Brooklyn, NY 11204 | B& H Associates Group LLP<br>4118 14th Avenue, Suite 2<br>Brooklyn, NY 11219 |

Koznitz I, Inc.
1471 53rd Street
Brooklyn, NY 11219

Shabsi Pfeiffer
1157 47th Street, Apt. 2
Brooklyn, NY 11219

84 Elton LLC
5904 18th Avenue
Suite 48
Brooklyn, NY 11204

Ivan Rodriguez, Administrator of
Estate of Rafael Rodriguez
142 Crossfield Avenue
Rochester, NY 14609

MYC & Associates
1110 South Avenue
Suite 22
Staten Island, NY 10314