UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:                                                                    Chapter 11

84 ELTON, LLC,                                                    Case No. 1-18-40038 (NHL)

                                Debtor.
------------------------------------------------------------x

LIMITED OBJECTION  TO DEBTOR'S MOTION
FOR AUTHORITY TO SELL 321 PULASKI STREET

        Sarah M. Keenan, an attorney duly admitted to practice in New York State and the United States District Court for the Eastern District of New York, affirms the following under the penalty of perjury:

        1.      I am a member of Sferrazza & Keenan, PLLC, counsel for Washington Equity and Funding Corp. ("Washington Equity"), a secured creditor and party in interest in this proceeding.

        2.      I submit this affirmation in response to the Debtor's motion under Bankruptcy Code sections 363(a), (b), (f) and (m), and rules 2002, 6004 and 9004 of the Federal Rules of Bankruptcy Procedure for, <u>inter alia</u>, authority to sell at auction the Debtor's real property commonly known as 321 Pulaski Street, Brooklyn, New York ("321 Pulaski Street"), at public auction, free and clear of all liens, claims, encumbrances and other interests upon condition that such liens, claims, encumbrances and other interests attach to the proceeds of the sale.

        3.      The Debtor proposes to market 321 Pulaski Street first in bulk with the adjacent real property located at 319 Pulaski Street, Brooklyn, New York, which is owned by a

1

non-debtor entity, B & H Associates Group LLC ("B&H"). B & H is an affiliate of the Debtor and has consented to the marketing and sale of 319 Pulaski as part of the auction.

4. The Motion provides that should the bulk bid exceed the aggregate of the individual bids for 319 Pulaski and 321 Pulaski, then the properties will be sold in bulk. If the individual bids exceed the bulk bid, then the properties will be sold individually.

5. As proposed, the ultimate bid that is the best for Debtor's estate shall be accepted, subject to the Court's approval.

6. The Motion is silent as to the amount of the secured debt against 319 Pulaski, a secured creditor that has not consented to have its claim attach to the proceeds of sale. Both Washington Equity and this secured creditor have their respective rights to bid in their respective liens.

7. Washington Equity hereby requests clarification as to the outcome of the sale if the amount of a bulk bid is greater than the individual bids, but less than the combined secured debt against both properties. In such a scenario, may the Court only approve the individual bids?

8. Washington Equity also requests disclosure of where the Notice of Sale will be published prior to the sale. Specifically, Washington Equity wants to know what specific newspapers, blog sites, trade papers or other information outlets will be used so as to ensure that the Debtor's property is marketed properly in the short time between the April 26, 2018, and the proposed auction date of May 17, 2018.

**WHEREFORE**, secured creditor Washington Equity respectfully requests that both of its concerns surrounding the sale of 312 Pulaski Street – the bidding procedure and the

2

advertising efforts – be addressed and resolved at the hearing scheduled to be held on April 26, 2018, together with such other and further relief as is just and proper.

Dated: April 17, 2018

        /s/ Sarah M. Keenan
Sarah M. Keenan, Esq.
Sferrazza & Keenan, PLLC
Attorneys for Secured Creditor
Washington Equity and Funding Corp.
532 Broadhollow Rd, Suite 111
Melville, NY 11747-3609
Ph: 631-753-4400 x 23
em: *sally@skpllc.com*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In Re:                                                                      Chapter 11

84 ELTON, LLC,                                                      Case No. 1-18-40038 (NHL)

                               Debtor.                              AFFIRMATION OF SERVICE
---------------------------------------------------------x

        I, Sarah M. Keenan, an attorney duly admitted to practice law before the Courts of the State of New York, do hereby affirm under penalty of perjury as follows:

        On April 17, 2017, I filed the attached LIMITED OBJECTION with the Clerk of the Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and United States Mail on the following parties:

| | |
|---|---|
| Avrum Rosen, Esq. | 84 Elton LLC |
| Rosen, Kantrow & Dillon PLLC | 5904 18th Avenue |
| 38 New Street | Suite 48 |
| Huntington, NY 11743 | Brooklyn, NY 11204 |
| | |
| Scott Dillon, Esq. | Rachel Weinberger, Esq. |
| Rosen, Kantrow & Dillon PLLC | Office of the U.S. Trustee |
| 38 New Street | 201 Varick Street, Suite 1006 |
| Huntington, NY 11743 | New York, New York 11201 |

Dated: Melville, New York
       April 17, 2018

                                                    s/Sarah M. Keenan
                                                    Sferrazza & Keenan PLLC
                                                    532 Broadhollow Road
                                                    Suite 111
                                                    Melville, NY 11746