UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

       84 ELTON LLC,                                     Case No.: 18-40038-nhl

                         Debtor.
------------------------------------------------------------x

### AFFIDAVIT OF NISON BADALOV

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF QUEENS    )

       Nison Badalov, being duly sworn, deposes and says:

       1.     I am at least eighteen (18) years of age and currently reside at 8245 Beverly Road, Kew Gardens, New York 11415.

       2.     I have entered into a contract of sale with 84 Elton LLC, debtor and debtor-in-possession ("Debtor"), to purchase real property commonly known as 321 Pulaski Street, Brooklyn, New York, identified under Block 1594, Lot 61, in the County of Kings ("Real Property"). I have further entered into a contract of sale with B&H Associates Group LLC ("B&H"), to purchase real property commonly known as 319 Pulaski Street, Brooklyn, New York, identified under Block 1594, Lot 62, in the County of Kings ("Adjacent Property"). The purchase price for the Real Property and Adjacent Property, by bulk sale, is one million six hundred thousand dollars ($1,600,000.00).

       3.     I was one (1) of eight bidders who participated at the auction sale.

       4.     I am a good faith purchaser.

       5.     I have no relation to the Debtor and/or B&H.

       6.     The negotiating and purchase of the Real Property and Adjacent Property has been at arms-length.

       7.     The negotiating and purchase of the Real Property and Adjacent Property has been at arms-length between myself and Debtor and B&H through our respective counsel and/or real estate brokers.

       8.     I have not participated in price controlling, bid rigging, fraud or collusion in connection with my purchase of the Real Property and Adjacent Property.

9. To the best of my knowledge and belief, the foregoing is true and correct.

Nison Badalov

Sworn to before me this
27 day of May, 2018

Notary Public, State of New York

*[Notary seal: JESSE L. KAUFMAN, NOTARY PUBLIC, NO. 02KA6318224, QUALIFIED IN KINGS COUNTY, COMM. EXP. 01/20/2019, STATE OF NEW YORK]*